# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| ARGENBRIGHT SECURITY, INC. | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil File No. AMD 02 CV 605 |
| PROFESSIONAL SECURITY BUREAU, et al. | § § § | |
| Defendants. | § § | |

APR 0 2 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)
### OF THE FEDERAL RULES OF CIVIL PROCEDURE

The plaintiff, Argenbright Security, Inc., by undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), gives notice that this matter against defendants Professional Security Bureau, Ronald Allen, John Laing and John Walters is hereby DISMISSED WITHOUT PREJUDICE.

WE ASK FOR THIS:

Charles A. Zdebski   By permission
Maryland Bar No. 950621
Kim T. Phipps
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
Phone: (202) 274-1950
Fax:   (202) 274-2994

Counsel for Plaintiff

APPROVED
/s/ AMD
4/2/2002

959418_1.DOC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was mailed, first-class, postage prepaid, on this 29th day of March, 2002 to:

Professional Security Bureau
88 Park Avenue
Nutley, NJ 07110


Ronald Allen
One Hunting Horn Court
Reistertown, MD 21136


John Laing
12538 Gracewood Drive
Baltimore, MD 21220


John Walters
1601 Troys Court
Crofton, MD 21141

_____
Kim T. Phipps

959418_1.DOC